# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL, | NO. CV 08-4253-CJC(CT) |
| Plaintiff, | |
| v. | JUDGMENT |
| A. SCHWARZENNEGGER, et al., | |
| Defendants. | |

In accord with the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED that the action is dismissed.

DATED: July 15, 2008

_____
CORMAC J. CARNEY
UNITED STATES SENIOR DISTRICT JUDGE